# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ROBERT KEPHART,<br><br>　　　　　　　　　　Defendant. | Case No. 2:12-cr-00083-APG-GWF<br><br>**O R D E R** |

**IT IS HEREBY ORDERED** THAT THE US Department of Parole & Probation will prepare a Pre-Plea Investigation Report of the Defendant Robert Kephart.  The scope of the Report shall be limited to determining the Defendant's criminal history level.  The Report shall be made available to Defendant's counsel on or before August 1, 2013.

Dated:  May 24, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE