**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:12-CR-083-APG-GWF |
| vs. | ) | |
| | ) | **O R D E R** |
| ROBERT KEPHART, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

On November 8, 2013, this matter came before the Court for an Initial Appearance on the government's petition for action on conditions of pretrial release (#174). The defendant was present, in custody, with his counsel. The defendant submitted to revocation of his pretrial release and waived the revocation hearing. The court canvassed the defendant who acknowledged he understood he had the right to a contested hearing at which the government would be required to prove that he had violated the conditions of his pretrial release. The defendant also acknowledged that he had discussed the matter with counsel and was satisfied with the representation received to date. The government accepted the

revocation of pretrial release without the defendant's admission of guilt to the underlying offense. The Court finds based on the parties' stipulation and the court's canvass of the defendant that the defendant waived his right to have a revocation hearing with knowledge and understanding of its consequences.

Based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety of any other person or the community;

The defendant is unlikely to abide by any condition or combination of conditions of release.

**IT IS THEREFORE ORDERED** pursuant to the provisions of 18 U.S.C. § 3148 that the release order heretofore entered on **September 18, 2012,** is hereby revoked.

**IT IS FURTHER ORDERED** that the defendant shall be detained pending trial.

DATED this 12th day of November, 2013.

_____
**PEGGY A. LEEN**
**UNITED STATES MAGISTRATE JUDGE**