DANIEL G. BOGDEN
United States Attorney
KIMBERLY FRAYN
ANDREW DUNCAN
Assistant United States Attorneys
JONATHAN OPHARDT
Trial Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336 (Telephone)
(702) 388-6418 (Fax)

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>ROBERT KEPHART,<br><br>    Defendant. | Case No. 2:12-cr-0083-APG-GWF<br><br>ORDER TO GRANT EXTENSION OF TIME |

  This matter comes before the Court on the Government's motion for an extension of time to file its briefing concerning the issue of restitution. The defendant does not object to such an extension. The Court hereby finds good cause to grant an extension of time.

**ORDER**

  **IT IS THEREFORE ORDERED** that the current briefing schedule be vacated. The Government shall have to and including ____September 2____, 2014 to file any motion or brief. The Defendant shall have to and including __September 16, 2014__ to file any response.

  **IT IS SO ORDERED** this _22nd_ day of August, 2014.

                 _____
                 HON. ANDREW P. GORDON
                 UNITED STATES DISTRICT JUDGE